# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ECll | E2051492 | Daniels | D5279 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/15/2023 10:02
Offense Charged ☐ CFR ☐ USC ☐ State Code: NCGS 20-138.1

Place of Offense: AcP 5 (All American Rate) All American Expy

Offense Description: Factual Basis for Charge: Impaired Driving .17% AC / on Post   HAZMAT ☐

PPC                                    (Chp 3-73 (A))

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Sandd | Sheriff | S |

City: Ft Liberty   State: NC   Zip Code: 28310

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 301 Green St   Fayetteville, NC
Date: 26 July 2023
Time: 8:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2051492*

# STATEMENT OF PROBABLE CAUSE
## (For issuance of an arrest warrant or summons)

I state that on __15 July__, 20 __23__ while exercising my duties as a law enforcement officer in the _____Eastern_____ District of _____NC_____

At 0102 hrs, 15 Jul 23, ACP Guard Elliot while conducting Access Control Operations at ACP 5 (All American Gate) All American Expy., inspected a black in color 2012 Honda Pilot, PA LMT-9075, operated by Somda. Upon approach of the vehicle, ACP Guard Elliot detected an odor of alcohol emitting from Somda's person. R-1 Daniels responded to the gate and upon approach of Somda's vehicle detected an odor of alcohol emitting from Somda's person. Standardized Field Sobriety Tests were conducted, which warranted further action. Somda was apprehended, transported to the Fort Liberty Law Enforcement Center, administered an Intox EC/IR II test, resulting in .17% AC. Somda was issued one citation with his mandatory court appearance at 0800 hrs, 26 July 23. Somda was also issued a one-year Suspension of Post Driving Privileges Memorandum, further processed and was released to 1Sgt Rivera, his First Sergeant, verified by CPT Hauke the Commander on a DD FM 2708. Somda's vehicle was inventoried on a DD FM 2506 and subsequently towed by Beacon Towing Company. DNA was submitted, Kit #0347877.

The foregoing statement is based upon:

[x] my personal observation          [x] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/15/2023__ _____[signature]_____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;